```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 10863
   DEBRA BRZOSTOWSKI
   ALFRED D BRZOSTOWSKI                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5840      SSN XXX-XX-6179

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/30/08 .

     2.  The case was dismissed without confirmation, 09/19/2008.

-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
MORE EQUITY               CURRENT MORTG         .00            .00          .00
MORE EQUITY               MORTGAGE ARRE   NOT FILED            .00          .00
HINSDALE BANK & TRUST     SECURED VEHIC         .00            .00          .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC         .00            .00          .00
FIA CARD SERVICES         UNSECURED       NOT FILED            .00          .00
FIA CARD SERVICES         UNSECURED       NOT FILED            .00          .00
BILL ME LATER             UNSECURED       NOT FILED            .00          .00
CHASE BANK USA            UNSECURED       NOT FILED            .00          .00
CHASE BANK USA            UNSECURED       NOT FILED            .00          .00
CITIBANK                  UNSECURED       NOT FILED            .00          .00
FRED MEYERS JEWELERS      UNSECURED       NOT FILED            .00          .00
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED            .00          .00
JC PENNEY CO              UNSECURED       NOT FILED            .00          .00
KOHLS                     UNSECURED       NOT FILED            .00          .00
MACYS                     UNSECURED       NOT FILED            .00          .00
REWARD ZONE PROGRAM MAST  UNSECURED       NOT FILED            .00          .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED            .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED       NOT FILED            .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED       NOT FILED            .00          .00
THE MIRAGE HOMEOWNERS AS  UNSECURED       NOT FILED            .00          .00
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                              PAID         PAID

UNITED RECOVERY SYSTEMS   UNSECURED       NOT FILED            .00          .00
VERIZON WIRELESS          UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED            .00          .00
ASSOCIATED ORTHODONTISTS  UNSECURED       NOT FILED            .00          .00
RONALD D CUMMINGS         REIMBURSEMENT       323.00           .00          .00
           Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        323.00          .00         .00       323.00
PRINCIPAL PAID          .00           .00          .00         .00          .00
```

```
INTEREST PAID                     .00            .00         .00         .00         .00
TOTAL PAID                        .00            .00         .00         .00         .00
```

The Debtor's attorney, RONALD D CUMMINGS          , was allowed $   3500.00 and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 08 B 10863 DEBRA BRZOSTOWSKI & ALFRED D BRZOSTOWSKI